**In re PORTAGE ELECTRIC PRODUCTS, INC.,**
Appellant.

No. 2015–1860.

United States Court of Appeals,
Federal Circuit.

April 12, 2016.

Peter Charles Schechter, Osha Liang LLP, Houston, TX, argued for appellant.

Sarah E. Craven, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Sydney O. Johnson, Jr.

DYK, WALLACH, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

---

Richard S. KRUGMAN, Petitioner

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2015–3156.

United States Court of Appeals,
Federal Circuit.

April 12, 2016.

Ari Micha Wilkenfeld, The Wilkenfeld Law Group, Washington, DC, argued for petitioner. Also represented by Rosalind Herendeen.

Veronica Nicole Onyema, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Allison Kidd–Miller.

REYNA, CHEN, and STOLL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.